# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0026. MATTHEW CHARLES CARDINALE v. MATT WESTMORELAND et al.

The Appellant in the above-styled case has filed an Emergency Motion pursuant to Court Rule 40(b) entitled Emergency Motion For Stay Of Order Compelling Waiver Of Appellant's Attorney-Client Privilege. After review, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/07/2022*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*